**62**

James MING, Appellant/Plaintiff,

v.

Joseph H.D. LEE,
Respondent/Defendant.

No. ED 79124.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 9, 2001.

Isidore I. Lamke, Washington, MO, for appellant.

James Mondl & James Hacking, III St. Louis, MO, for respondent.

Before WILLIAM H. CRANDALL, Jr., P.J., KATHIANNE KNAUP CRANE, J. and ROBERT G. DOWD, Jr., J.

### ORDER

PER CURIAM.

Plaintiff, James Ming, appeals from the trial court's grant of summary judgment in favor of defendant, Joseph H.D. Lee, in a breach of contract action.

We have reviewed the record on appeal. No error of law appears. An opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. The judgment of the trial court is affirmed pursuant to Rule 84.16(b).